## Second Department, April, 1952.

### (April 2, 1952.)

In the Matter of the Application of DELOS POOLE BASSINGER for Admission to Practice as an Attorney. (From the State of Michigan.) — Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

In the Matter of the Application of LEROY MARCEAU for Admission to Practice as an Attorney. (From the State of Ohio.) — Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

### (April 7, 1952.)

J. B. BACK AND COMPANY, INC., Appellant, v. FRANK R. SCHMITT et al., Doing Business under the Name of F. R. SCHMITT & SON, Respondents.— Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante*, p. 874.]

MICHAEL BLESSINGTON, as Administrator of the Estate of MICHAEL BLESSINGTON, JR., Deceased, Appellant, v. McCRORY STORES CORPORATION et al., Respondents, and M. A. HENRY CO., INC., Defendant and Third-Party Plaintiff. E. I. DU PONT DE NEMOURS & COMPANY, Third-Party Defendant.— The following questions are certified: 1. Was the order of the Special Term entered March 27, 1950, insofar as it dismissed the third cause of action against M. A. Henry Co., Inc., properly made? 2. Was the order of the Special Term entered March 27, 1950, insofar as it dismissed the third cause of action against Woonsocket Falls Mill and William E. Roschen and others, individually and as copartners doing business under the firm name and style of E. F. Timme & Son, properly made? 3. Was the order of the Special Term entered March 27, 1950, denying the motion of the plaintiff to amend the amended complaint by adding thereto the proposed fourth cause of action, properly made? 4. Was the order of the Special Term entered May 22, 1950, insofar as it dismissed the third cause of action against defendant McCrory Stores Corporation, properly made? Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See *ante*, p. 806.]

RUTH EDELL, Respondent, v. JOSEPH EDELL, Appellant. — Present — Carswell, Acting P. J., Johnston. Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 925.]